ᗺᗺ20



# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

ALD C. MANN
ATTORNEY GENERAL

February 24, 1939

Hon. Bert Ford, Administrator
Texas Liquor Control Board
Austin, Texas

Dear Sir:

Opinion No. O-389
Re: Permit provided under Texas Liquor
Control Act may not be issued to an
administrator of the estate of a
deceased person.

We have your letter of February 20th in which you
inquire as to whether or not a permit provided for under
the Texas Liquor Control Act may be issued to an adminis-
trator of the estate of a deceased person, and if so, whe-
ther the administrator would be subject to penalties pro-
vided for violation of the Act.

Article 666-13 of the Liquor Control Act provides
that any permit granted shall be purely a personal privi-
lege, and shall be revocable under conditions stated.

The whole purpose of the Act is to have some one
responsible for the business being run in compliance with
the Act. A permit may not issue in the first instance
to an administrator in his representative capacity.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By A. S. Rollins

A. S. Rollins
Assistant

ASR:PBP

APPROVED:

Gerald C. Mann
ATTORNEY GENERAL OF TEXAS